IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES E. PATTERSON )
)
v. ) No. 3:04-0586
) Magistrate Judge Brown
GEORGE "BUTCH" CAMPBELL, et al. )

**O R D E R**

As explained in the accompanying Memorandum, this Court lacks subject matter jurisdiction over this removed case. Accordingly, the case is hereby **REMANDED** to the Circuit Court for Rutherford County, Tennessee, pursuant to 28 U.S.C. § 1447(c). In accordance with that statute, the Clerk is directed to mail a certified copy of this Order to the clerk of the state court.

The pending motions for summary judgment and to allow additional discovery (Docket Entry Nos. 21, 50) are **DENIED** as moot, and the Clerk is directed to close this case.

So **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge